December 10, 2000

Neurological Associates
2500 NE 15th Ave.
Wilton Manors, Florida 33305-1310

RE: Medical Records
    Patricia Morris    -1999-
    DOB 02-02-54       Atty Carswell was
    SS# 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    supposed to do.

I am in desperate need of a copy of my medical records.
I am not well and these records are very important for me for the future and treatment now.
I lost the records I had while moving.

Could you please help. I have been in alot of discomfort and I was in a wheel chair for awhile, now I'm walking with a cane. I will fight hard to stay on my feet.
Merry X-mas and Happy New Year.

Sincerely
Patricia Morris
113 Davis Rd.
Seymour, Conn. 06483
C/O John Pitt

COPY

December 21-02
Saturday

Mr Linder - Probation Officer
915 Layfette Blvd
Federal Building
Bridgeport - Conn  06604

(Mr. Linder never responded 6-17-04)

RE: PATRICIA MORRIS

Please forward to me the following:

Information I provided to you or you received relative to me, including but not limited to: (a) Work History
(b) Medical Records

Its very important that any documents as described above or others that are in your possession be sent to me, as soon as possible.

Time is of the essence.

You have not responded to repeated phone calls or messages left by family members, regarding this matter.

You were provided a complete medical Report, from Attorney Garrette Moore of Cheshire - Conn, ~~that were filed at Superior Court in Waterbury - Conn~~, a report that is on file Comfirming a deteriorating medical condition and future surgeries and medical bills, etc. (3-02-03 · I never got a response ) (maybe you will.)

December 10-2003

Ronald J. Trapana - MD.
Orthopedic Surgeon
210 S. Federal Hwy
Hollywood, Florida 33020-6811

12-16-0? sent

RE: Medical Records
   Patricia Morris
     D.O.B. 02-02-54
     SS.# 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
   Referred by Neurological Associates
DR. Brown    2500 NE 15th Ave.
              Wilton Manors, Florida
Year - 1999 -         33305-1310

   I am requesting a copy of my medical records.
   I desperately need the diagnosis, and the recommended care in the future. Surgeries,, etc.
   I had this information, but it has been misplaced during a move.
   I am not well. I need these medical records.
   Please send as soon as you can.

                    Sincerely
                    Patricia Morris
                    113 Davis Road
                  c/o Seymour, Conn. 06483
                  c/o John Pitt

6-17-04 - Atty. Cornell - 455 ~~~~~~ ~~~~

December 10-2003

Sent 12-16-03

St. Mary. Hospital
Out Patient - Medical Records
  N. Elm St.
Waterbury, Conn. 06702

RE: Patricia Morais
    D.O.B. 02-02-54
    SS# 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
OB/Gyn - Psychiatric - Medical

  I desperately need copies of my medical records.
  I am incarcerated and unable to come in person to pick-up my records.
  I am not well and I need these records.
  Your help would be greatly appreciated.
Merry Xmas and a Happy New Year.

                              Sincerely
I.D #14568-014 -              Patricia Morais
Must use this                 Rt 37 Pembroke Station
number on                     F.P.C.
address.                      Danbury - Conn
                                  06811

Thank You

Rebuttle 1

<u>28. U.S.C. 2255 Motion</u>                        2004

Without the assistance of a <u>psychiatris</u> <u>examination</u>, to conduct a professional examination on <u>issues relevant</u> to the <u>defense</u>, due process rights requires <u>access to a psychiatric examination</u> on <u>relevant issues</u>, <u>to the testimony</u> of the <u>psychiatrist</u> and <u>to assist in preparation</u> at the <u>sentencing phrase</u>. The court stated that I was <u>trying to postpone my sentencing</u> by missing my appointments at the psychiatric's office. Not true. My case was postponed by counsel without my knowledge <u>until 10-15-02</u>. The court stated that psychiatric examinations are <u>not generally done</u> at Niantic State Prison. Yes they are. I have <u>repeatedly requested</u> my counsel to <u>please supeona</u> my <u>medical records for sentencing day</u>. It was <u>very important</u> to me, for the court to truly know the truth about my "state of mind" and how sick I had become in Prison. Also, it would have been convincing evidence that what was said on the <u>P.S.R. about a "Doctor at a Clinic"</u> saying <u>he sees no reason why I committed these crimes</u> were <u>associated with my mental state.</u>

A-255 - I'm still <u>under psychiatric care</u>. I'm on <u>new medication</u> that has helped me to have a little more clear thought pattern. Why wasn't my psychiatric treatment in Niantic used at my senten

Rebuttle 2.  <u>28 U.S.C. 2255 motion</u>    2004

I was beginning to wonder who my counsel was working for.

I was seeing <u>numerous Doctors</u> at <u>St Mary's Health Clinic in Waterbury, Conn.</u>

I was seeing <u>Dr. DeSan, the psychiatric.</u>

I provided the court with <u>a copy</u> of my <u>medical report</u> that I <u>ascertained on my own,</u> and <u>submitted</u> it with <u>my 2255 motion to the District Court.</u> Probation knew all about this.

Dr. DeSan <u>could not</u> have testified to what my mental status <u>was</u> at the time of my crime. I was <u>not seeing him at this time</u> and did not even know him, then.

I was seeing <u>Dr. DeSan for traumatic stress Syndrome, depression, deemed severe, and suicidal thoughts. I shook uncontrollably and studdered.</u>

I needed to <u>continued</u> with <u>mental theraphy.</u>

Before on June 20, 2002 I was <u>misjudged</u> and <u>mistreated</u> and <u>denied my right to continue seeing a Psychiatric.</u>

Counsel <u>did nothing</u> to help me.

Probation <u>hid information</u> from the <u>court</u> and <u>mislead the court.</u> Probation <u>did talk to Dr. DeSan, and was sent my full medical file.</u> Probation knew I was under <u>psychiatric and medical care,</u> but <u>misled</u> the <u>court</u> into thinking that I wasn't in need of any help. Counsel did nothing.

I was sent to prison June 20, 2002 as a

Rebuttle 4

## 28 U.S.C. 2255 Motion     2004

It is society's responsibility to protect the life and health of its prisoners. When a Sheriff or a "marshall [sic] takes a man or woman from the courthouse in a prison van and transports him to confinement for two or three or ten years, this is our act.

We have tolled the bell for him. And whether we like it or not, we have made him or her our collective responsibility.

We are free to do something about him or her; he or she is not.

My medical was purposely and intentionally omitted from the P.S.R. This omission caused the defendant to be "misjudged" by the Prison where the court had sent her. Resulting in the defendant going through withdrawal from 300mg of Zoloft and 300mg of Trazadone, that the defendant had been taken daily, for months prior to June 20, 2002, when she was imprisoned. This caused the defendant's -L- side of her face to droop, severe leg cramps, contracted sidewalks to the left, and mental and emotional relapse. Then for other reasons, severe high blood pressure, severe infection, shortness of breath, severe migraines, heart tachycardia, passing out. Then I was helped. After months of suffering. Why?

Page 1
1

## 28 U.S.C. 2255 Motion                    2004

I was subject to cruel and unusual punishment in violation of the Eighth Amendment, made applicable to the States by the Fourteenth.

The history of the constitutional prohibition of "cruel and unusual punishments" has been recounted at length in prior opinions of the Court. It suffices to note that the primary concern of the drafters was to proscribe "torture(s)" and other "barbar(ous)" methods of punishment.

More recent cases, however have held that the Amendment proscribes more than physically barbarous punishments. The Amendment embodies "broad and idealistic concepts of dignity, civilized standards, humanity, and decency....," Jackson v. Bishop, 404 F.2d 571, 579 (C.A. 8 1968), against which we must evaluate penal measures. Thus, we have held repugnant to the Eighth Amendment punishments which are incompatible with "the evolving standards of decency that mark the progress of a maturing society," or which "involve the unnecessary and wanton infliction of pain."

These elementary principles establish the government's obligation to provide medical care for those whom it is punishing by incarceration.

Page 3                 28 U.S.C. 2255 Motion                    2004

to medical care or intentionally interfering with the treatment once prescribed. Regardless of how evidenced, deliberate indifference to a prisoner's serious illness or injury states a cause of action under § 1983.

I have written to the District Court and the Appeals court detailing the denying and delaying of access to medical care. I have alleged, in the past to both courts acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. It is clearly indifference that can offend "evolving standards of decency" in violation of the Eighth Amendment. Prison officials acted more than negligently; their actions or inactions rose to the level of "deliberate indifference."

"The Constitution "does not mandate comfortable prisons", but neither does it permit inhumane ones, and it is now settled that "the treatment a prisoner receives in prison and the conditions under which he is confined are subject to scrutiny under the Eighth Amendment."

How could someone denie medical help to someone, visually seeing an infection, so bad, that the person is unable to walk?

Rebuttle <u>Supreme Court Ruling</u>                             <u>2004</u>
1

    Counsel had not <u>adequately investigated</u> defendants history as a <u>victim of childhood abuse</u>. Defendant's claim that his/her representation <u>did not meet constitutional standards</u>. Counsel failed to investigate and inform the Jury/court of childhood abuse <u>fell below</u> the <u>minimum constitutional standards of competence</u>.

Lue are all entitled to this right.

    I was subject to ~~&~~ abusive parents. I was removed from my home as a child, that shattered my childhood and interfered in my "growing-up". As hard as I tried to give my children a better life then I had, it always seemed like such a challenge, because I was crumbling inside. I could never get past the past and the things I was subject to and the things I had to go through. I was a little 5 y.o. girl, who saw my Father bloody my Mother's face on X-mas eve, and smash our tree and our presents. Why? I don't know. This happened alot throughout the years.

    Years later, when I returned home to my Mother, she beat me severly with her fists and twisted my arms and hands. Sometimes I would pass-out. Why?