Page 1          28 U.S.C. 2255 Motion          2004

## Rebuttle - ~~Ineffective~~ Counsel

The attorney's roll is to do everything ethically proper to see that the client receives the most favorable outcome possible. —

The guiding principle in determining whether an attorney has provided effective representation must then be whether she discharged the roll of partison advocate faithfully and zealously.

The right of an accused to counsel is beyond question, a fundamental right. It is through Counsel that the accused secures his rights.

The law of lawyering does not permit a lawyer to escape all accountability by suspending his intelligence and common sense.

The responsibility of an ethical lawyer, as an officer of the court and a key component of a system of justice, should be dedicated to a search for the truth for one's client.

page 2          28 U.S.C. 2255 Motion                    2004

## Rebuttle

<u>What standard</u> of <u>knowing is required</u> before a lawyer agrees to take a case and to take payment?

<u>Looking forward</u> into his <u>professional conduct</u>, as it proceeds, <u>a lawyer must imagine his/her conduct</u> will <u>appear to someone</u> else later looking backward at it. And <u>he/she must imagine the inferences</u> that <u>will be drawn</u> as to what he knew at the time.
There is a standard of what lawyers should know.

<u>Recognizing a defendants</u> 6th Amendment right to competent counsel, presumably is a shield to help criminal defendants receive fair treatment in their battle against a more powerful adversary.

"A person is entitled to the help of a lawyer" assuming the stage of the "prosecution" is a critical one ——— at or after the time that Judicial proceedings have been initiated against him/her ——— whether by way of formal charge, preliminary hearing, and **OR** sentencing.

Rebuttle  28 U.S.C. 2255 Motion    2004

Counsel <u>did not object</u> when the prosecution introduced evidence of the defendant's prior criminal convictions, which are generally <u>inadmissable in Court.</u>

The Florida conviction was deemed by the <u>court as outdated.</u>

The case involving Tim Anderson in 2002, was a state case.

If counsel had done as what was requested by her client, there would have been a "<u>reasonable</u> ~~████~~ <u>doubt</u>" in the minds of the Court as to the <u>validity</u> of the <u>Florida conviction.</u> Also, it would have <u>confirmed</u> what the defendant had been saying all along, that she did <u>not hurt or rob anyone, I didn't do what was said.</u> It was horrible, what was said. Enclosed you will find a letter, detailing the best that I can, what happened in Florida.*(Please excuse the mistakes—I have no whiteout)

The money that <u>was taken</u> from me, Gail, and Mary <u>was not returned.</u> If <u>Mary</u> was the <u>victim,</u> why wasn't her money returned to her? The police bought Athletic equipment with it. The <u>boosted</u> about it! They were <u>guilty of Robbery</u>

Rebuttle 28 U.S.C. 2255 Motion     2004

A "Lay-man" will ordinarily be unable to recognize counsel's errors and to evaluate counsel's professional performance; consequently a criminal defendant will rarely know that he has not been represented competently until after trial or appeal, usually when he consults with another attorney about his case. I knew it during sentencing! What was I supposed to do? I knew something was wrong.

The government filed a memorandum concurring with the calculations set forth in the PSR and requesting the district court to consider an upward departure.

I did not understand any of this at sentencing. Atty Carswell never told me anything about any of this. Atty Carswell stated I agreed with the memorandum and the sentencing calculations, but I had no idea what it was about! I trusted her to!

JA 304 - The district court queried, let me here from either counsel if you know of any reason why this sentence, just described, should not be imposed as the sentence of the court. No objection on any grounds. My counsel should have objected to departing upwordly in the memorandum. Even if it didn't result in a downward departure, she should hat at least tried.

Rebuttle    28 U.S.C. 2255 Motion    2004
Page 1

Under the standard set forth in <u>Strickland v. Washington, 466 U.S. 668 (1984)</u>, in order to establish such a violation, a defendant must show that (1) "<u>counsel's performance was deficient</u> such that <u>counsel was not functioning as the 'counsel' guaranteed the defendant by the Sixth Amendment</u>," id at 687; and (2) <u>the deficient performance prejudiced the defense</u>," id.

At the outset of the sentencing hearing on <u>October 15, 2002</u>, defense counsel confirmed in response to inquiry from the district court that the defendant did not contest the factual allegations of the PSR and did not contest the guidelines calculation set forth in the <u>PSR. JA 236, 238.</u> I never would have agreed to the PSR. Attorney Carswell had <u>no right</u> speaking for me and making such a statement. <u>She knew</u> I was very upset with the <u>P.S.R.</u> And she <u>promised</u> my family when they <u>paid</u> and <u>hired</u> her that she would "<u>attack</u>" the <u>P.S.R. She promised</u> me that she would. Atty Carswell <u>never contested</u> any <u>portion</u> of the <u>Calculation guidelines,</u> why not?

Rebuttle 28 U.S.C. 2255 motion 2004
page 2

    The court stated that the Florida conviction was <u>outdated</u>, but use the Florida conviction to depart upwardly. Counsel <u>never objected</u> or said a word. Counsel <u>knew how important</u> it was to please ~~to~~ what she could to <u>Contact Florida</u> about what really happened and she did <u>nothing, as promised</u>. Attorney Carswell was <u>paid to do a job</u> and she <u>didn't fullfill her obligation</u>. This in my opinion, <u>constitutes a fraud</u>.  [*Correct*]

    When you <u>hire someone</u> to repair your roof, driveway, or mow your lawn and you pay them, theres an <u>understanding of trust</u>, that the person would do what he says he would do, <u>especially</u> if they have <u>excepted payment</u>.

    "<u>If money is taken</u>, after a promise of, <u>the job will be done</u>" and the <u>job is not done</u>, or <u>completely ignored</u>, its <u>prejudice against that person paying the money</u>, expecting a service. Even if the money is being paid to <u>help someone else</u>, other then the person paying, the understanding is that, its to help <u>defend</u> and <u>to protect</u> the rights of a loved one, who <u>can't protect</u> or <u>defend themselves</u>, especially <u>someone ill</u>.

<u>Rebuttle</u> <u>28 U.S.C. 2255 motion</u>   2004
page 3

<u>Merriam-Webster's Collegiate Dictionary</u>

<u>Prejudice</u> - injury or damage resulting from some judgement or action of another in disregard of one's rights. detriment to ones legal rights or claims.

Defense counsel <u>did not have</u> any <u>knowledge of the guidelines as evidenced</u> by her request for a <u>criminal history departure</u>. How could she have <u>defended me properly</u> if Atty Carswell had <u>no knowledge of the calculating guidelines</u>. That's why <u>she did not and could not defend me effeciently</u> and <u>effectively</u>. <u>Sentencing Guidelines is a critical necessity</u> of the <u>Federal Criminal proceedings</u>. Attorney Carswell was <u>more interested in</u> my <u>fiance filling</u> her <u>gas tank in her car</u> and <u>taking her to lunch</u>, <u>just to get her to Niantic State Prison</u> to interview me. That's what my fiance had to do, <u>including paying</u> for <u>her sister-in-law to eat, too!</u>

Also, she would <u>call my fiance at home</u>, <u>after working hours</u> and <u>stated, "that she wished she had a man like him"</u> and <u>wanted him to come to her house to fix and make repairs</u>. She was <u>not interested in helping me at</u> -

Rebuttle
Page 4

28 U.S.C. 2255 Motion 2004

all. Atty Carswell "hustled" my daughter and my fiance and had the nerve to want more money after the sentencing was over. For what? She did nothing to earn $2,500.

I had no contact with Attorney Carswell after the two visits at Niantic. For months I tried to call Atty Carswell and I wrote her constantly. I was answering the P.S.R. as she asked me to and other information that she asked for. Why bother? She used none of it. Why put my family and I through getting information and making phone calls if you had no intentions of using it? Atty Carswell went on vacation.

When I saw Atty Carswell again and it was sentencing day. I spoke to her for 10 minutes. That's all the time she gave me. Why?

I felt like I was absolutely nothing and I was being thrown away.

I was more concerned for my family, watching my daughters and my fiance "fall apart" and "crumble", was almost to much to bear.

Atty Carswell promised them hope and "yanked" any hope from their hearts.

My son couldn't even bear to see me in the condition I was in. He's always been the most sensitive of my three children. He cries and suffers in private. He's not well.

Rebuttle pages

Correct

28 U.S.C. 2255 Motion       2004

This is not all about me anymore. I have been <u>sentenced</u> and I'm doing what is <u>expected of me</u>.

I have a <u>genuine concern</u> for my children. I know their getting by, day by day, but theres been alot of <u>illness, mentally and physically</u>.

Since I have been incarcerated, my son has informed me that he has <u>lost 40% use of both his kidneys</u> because of a disease associated with a high protein count. He's on medication to slow the disease but <u>theres no cure</u>. We are hopeful for a <u>cure any day or soon in the future</u>. This situtation could <u>cause damage</u> to his <u>other vital organs</u>.

My daughter Maria and I have offered <u>my son a kidney</u>, if we match, <u>when the time comes</u>. My son laughed when I told him, with all my illnesses, <u>my kidneys are fine</u>.

My oldest daughter is <u>very sick</u> with a <u>blood disease</u> and <u>is in and out of the hospital</u>. She tells me how the grandson's are waiting for me to come home. <u>Their frightened</u>. Sometimes they come to see me. <u>Its too hard</u> for <u>my daughter to go to far. Shes weak</u>.

My youngest, Maria, goes <u>400 miles an hour</u>, when she should be going 4 mph. She <u>collasped</u> on her <u>job</u> and had to have an emergency surgery

Rebuttle
Page 6

<u>28 U.S.C. 2255 motion</u>     2004

for a <u>ruptured Falopian tube</u>. She was <u>out of work for 4 weeks</u> and was trying to take care of my granddaughter 2 years old. <u>It hasn't been easy</u>. I'm concerned for <u>her mental health</u>, she suffered a breakdown after all this mess happened to me. Maria's <u>very depressed</u>. She always has been. I've kept her, always, <u>under my wing</u>. She suffered from <u>low self esteem</u> and was <u>suicidal</u> throughout the years. It's <u>one of the worst fears a mother can have</u>.

<u>My fiancé</u> and <u>I are more in love now</u> then <u>two years ago</u>. June 20, 2002, was our <u>wedding day</u> and <u>we don't ponder</u> on it. <u>We know</u> when this is <u>all over</u>, that we will <u>fulfill our dreams</u> of <u>getting married</u> and <u>spending whatever time we have left on this earth</u>, doing what is <u>honest and decent</u> for <u>our future</u> and for <u>all of us, as a family</u>.

I want to thank you for this opportunity to rebuttle the Government's case against me. I also would like to comment that the District Court was "<u>fair</u>" in <u>sentencing</u> and I appreciate that.

With Respect, Sincerely
Patricia Morris 6-17-04
Patricia Morris - 6-17-04

28 U.S.C. 2255 Motion          2004

## Rebuttle

The past is in the past. I have moved on with my life. The things I did or didn't do is a thing of the past. I have no control over the past, but I do of the future.

My family has always relied on me to be there no matter what. They expected me to always do the right thing. I have let them down, I have disappointed them. This, I regret, I cannot go back and change. I will have to learn to deal with it.

I am capable of making things better for our future and for our lives.

We need to reunite and to improve our life for today and for our future as a family. Nothing is as important to me.

Whatever mental illness I suffered from, at the time of my crime, is over with. Why or how I ever thought that everything was "OK", now I know was unstable, illegal, and a very poor choice, and extremely unbelieveable.

I have a loving fiance who is patiently waiting for me to come home so we can fullfill our dreams of getting married. We want to enjoy our life together. Whatever time we have left on this earth, will be greatly appreciated and not disrespected.

Rebuttle      28 U.S.C. 2255 Motion      2004

The appeals process is <u>seperate</u> then the motion 2255 and should not be confused, or used.

June 16, 2004, my fiancé has found out that he has diabetes. He's very concerned ~~and so~~ I am too. Very much so. He's very depressed and when I saw him today 6-17-04, I was worried about he looked. He's all alone in the house except for the 2 dogs + the 2 cats. The fish died.