Rebuttle       <u>28 U.S.C. 2255 Motion</u>          <u>2004</u>

## Acceptance of Responsibility

Defendant - A 30 L.7+8 - I know whats going on. I'd like to straighten everything out.

Court - A 51 - L6 Are you pleading guilty because you are in fact guilty of these two charges?

Defendant A-51-L8- Yes

Defendant - A-70 L-1 - Guilty
                L-5 - Guilty
Also see:       A-254 L-10-19

Defendant - A-74-L5 - I have no intentions of doing anything wrong. I've come this far, I intend to see it through the end. I'd like to get everything straightened out and make restitution. That's why I'm here.

I never blamed "another" Patricia Morris for what I have volunteerily pled guilty to.

The P.S.R. was incorrect about this statement. It was used against me, to make the Court think I was not accepting responsibility.

Page I

Rebuttle      28 U.S.C. 2255 Motion        2004

Reason 1   B. Discussion - JA 218-231 - Page 12
           Defendant: I apologize to the court for making this mistake. I was not aware the letters of support were presented to the court.

Reason 2.  I paid the money back to Jim Anderson and paid a fine, yes I did. I was in no position at the time to do anything else. I was physically, emotionally, and mentally exhausted. I was very sick with H. Pylori bacteria in my stomach. I hadn't eaten in 6 weeks. I was on numerous medications and very weak. I was taking care of Larry Markham, my fiancé at the time, who was going in and out of U-Conn Hospital in Farmington, Conn., for treatment. He had chronic lymphoma leukemia. Larry was very sick and I was the only friend he had. Larry was preparing for a stem-cell transplant. This was a last resort. Larry had family and friends, but was to proud to ask for help. He worked the night shift at Eastern Color in Farmington, Conn, until a year before he died. I also was taking care of Jim Anderson, who was in his forties and in a wheel chair because of a car accident. His wheelchair was motorized, so he would visit the neighbors, drinks alcohol, and drive. He was difficult. Larry

Page II

Rebuttle

## 28 U.S.C. 2255 Motion                    2004

Tim and I were about the same age and had things in common. We were involved in having cook-outs, going to pig-roasts and to the V.F.W. and motorcycle rallies. Larry and I always paid our own expenses. Tim always insisted on paying, but I knew how his mother was. Always thinking people only wanted to take advantage of Tim. That was not the case with Larry and I. Tim adored Larry. Hes all he would talk about. He loved me and used to call me Patta.

I also was taking care of Tim's father Bob. He was a little cute guy, who was always smiling. His big blue eyes lit up the room when he walked in. He was in his 80's and very sick. Mr. Anderson had a very bad heart and relied on a computer to "jolt" his heart to keep it pumping. I would take him to his local doctor appointments and to his heart specialists. Tim would also have to go and so did Mrs. Anderson. Marge Anderson was legally blind, but this is not why she was so mean and nasty. I think she always was. She hated everything. I tried very hard to make her happy, nothing did. She had a very bad temper, and would often beat Tim on his head or slap his face. She would throw a heavy phone book at her husbands stomach, while she was asleep in the

Correct

Rebuttle   28 U.S.C. 2255 motion   2004

chair. She would punch him as hard as she could on her husbands back, almost knocking him on the floor. She would say, "I hope you drop dead!" No one in the neighborhood would help them. Their family wouldn't either. Tim had two friends that would come by, but didn't stay long. Mrs. Anderson always accused them of taking advantage of Tim, somehow. They just liked him. Tim fought with his Mom over her interference.

I was only hired to take care of Tim, from 7AM to 3PM. I gave him a shower, Shaved him, Helped to dress him. Prepare his breakfast. Drive him to theraphy 3 days a week in Waterbury-Conn. Tim had a Truck of some kind that had a chain lift for his wheelchair.

I ended up taking care of all three of them. Tim and Mr. Anderson always thanked me, but never, Mrs. Anderson.

When I arrived in the morning, I would take out the garbage that would be everywhere. I would wash the floor, there would be food spilled, drinks spilled. Sometimes broken glass, and alot of empty beer cans. They loved their beer! I would buy 3 cases of beer a week for them. There would be chips, peanuts and candy wrappers everywhere. Mr. Anderson loved his candy. It was all he ate. I

Page IV

Rebuttle   28 U.S.C. 2255 Motion              2004

encouraged him to <u>eat cereal and yogurt</u>. He loved it! I would go shopping for groceries sometimes 2 times a week. I started <u>cooking</u> their meals so they wouldn't eat <u>junk food</u>. Tim always let me know how he <u>appreciated</u> me helping his parents. Larry and I would drop in on the weekend to check on them. Larry would make <u>homemade pizza</u> for everyone.

I was taking care of <u>three people</u> for the price of one and I never complained.

I would sit with Mrs. Anderson, and go through her whole check book and cancelled checks to make sure every thing <u>was paid and everything balanced out</u>. It always did.

I <u>cleaned</u> their <u>huge swimming pool</u>. Everyday, I cleaned <u>leaves</u> and <u>anything</u> that was blown into the pool. I would go and purchase the chemicals for the pool and kept a perfect ph balance. The pool was always <u>cristal</u> clear. [Crystal] I <u>painted</u> around the pool where it needed and would make arraignments for the poolman to <u>come</u> and <u>fix</u> whatever needed to be done. It hadn't been cared for, for a long time. They couldn't seem to get anyone to help them. I cleaned the pool furniture and set it up so they could come down from the house and <u>enjoy the pool area</u> like they used to.

I made sure the lawn was taken care of. When I first started to work for the Andersons

the <u>inspection stickers</u> on <u>both vehicles</u> had <u>expired</u>, so did the <u>registration</u> and the <u>insurance</u>. The sticker on the <u>license plate</u> was expired, too. Mrs. Anderson and I went through piles of <u>unpaid bills</u> and found the renewals on the vehicles. and I made sure <u>both vehicles</u> were <u>legal</u> once again.

I was <u>Mrs. Andersons</u> <u>eyes</u>, <u>Tim's legs</u>, and <u>Mr. Andersons best friend</u>.

We all went out to dinner together. I would take Mrs. Anderson to the <u>beauty parlour</u>, Mr. Anderson to the <u>barber shop</u>, and I would <u>trim</u> Tims hair and mustache. They would get <u>dressed</u> up, and off we'd go. When the bill came, I would always check it and pay the bill with a credit card, either from Mrs. Anderson, or Mr. Anderson or Tim. They had to many of them. They eventually closed most of them and just used certain ones. I called the companies for them whenever they had a concern. The Andersons stated to the companies, of the cards they kept, that I had permission to sign any of their cards, and could discuss their business.

I made sure that the medications for the Andersons was always filled. Their were so many. I bought 4 pill organizers, so if I wasn't there, they could still take their pills. Mr. Anderson had two pill organizers. The pharmacists often

Rebuttle        28 U.S.C. 2255 "motion"               2004

would ask me, "how do you keep all these medications straight and organized". I would say I don't know, I guess its the need. The Andersons are almost helpless. Not one, but all three of them.

Sometimes I would be at the house till 5, 6, 7, 8 o'clock at night. I would be so tired, but found it hard to say no. We cleaned out the basement. Had the trash hauled to the dump. I cleaned old refrigerators, still running with very old "stuff" in them that had to be thrown out. Life was brought back into the house, the flower beds, the pool and in their hearts and spirit. I loved this family despite Mrs. Anderson's unpredictable behavior. It was nice to see them sitting out on their deck enjoying their patio set. I hauled up on to it. Standing under the deck on day, I noticed that the support beams were rotted right through. I called "Charlie", the carpenter and he repaired the whole porch. Charlie said its a miracle that the whole porch didn't collaspe. It had a heavy new grill on it that I picked up for them at Home Depot and loaded it into the truck. I put it together and we had a cook-out. Things started to change when Larry didn't die from his cancer, when the Doctor's thought. Tim was glad, Mr. Anderson was glad, but Mrs. Anderson wasn't. She let me know that the time

<u>Rebuttle</u>             <u>28 U.S.C. 2255 Motion</u>             2004

I've had to spend taking care of Larry and taking him to <u>U-Conn for Chemo</u> was <u>interfering</u> with the things that I needed to do <u>for her</u>.

One of the things was, I was going to take The Andersons on a <u>trip</u> to <u>Canada</u>. We prepared for it. The <u>travel plans</u> were all <u>mapped out</u>. They used to go on trips in their new motor home, but Mr. Anderson had a <u>stroke</u> and was <u>unable to drive anymore</u>. The motor home hadn't been serviced in 3 years, so I had it <u>serviced</u> from <u>top to bottom</u>. I cleaned the inside and made sure it had all the safety equipment necessary incase we broke down. Larry taught me to drive it.

I told Mrs. Anderson I <u>would not be able to take them on this trip at this time</u>. <u>She did not like this</u>. She said she wanted to take her husband on this trip before he died. Mr. Anderson was only given a <u>certain time to live also</u>. I told her under <u>no circumstances, would I leave Larry</u>.

Every day it <u>got harder</u> to work for The Andersons. Mrs. Anderson was <u>very nasty with her mouth about</u> Larry and it became <u>stressful for me</u>. Tim and his father understood. They loved <u>Larry</u> and said <u>they understood</u>. They apologized for Mrs. Andersons behavior. Mr. Anderson said he spoiled her and she always gets what she wants. <u>Not this time</u>.

page VIII

Larry was getting sicker and sicker. The stem-cell transplant, that seemed so promising, had failed. It's host v. Graft, meaning his body is rejecting the good cells. The cancer is taking over. Larry was running a 105° fever. I packed an overnight bag, brought plenty of nourishing water and Tylenol and brought his fever down to normal. The doctors gave Larry a vitamin B-12 shot, a blood transfusion and told me he only had 3 to 5 days to live!! I called an ambulance and brought him home. I was in shock. I was sick and weak. I was trying to take care of the Anderson and Larry at the same time. I told Mrs Anderson at her kitchen table that I brought Larry home to die so I won't be able to take them to Canada.

She said, "Everything would have been alright if it hadn't been for him,(Larry). We had this trip planned. I wish he would die and get it over with". That was it for me. I walked out on her and the job. Mrs Anderson owed me my last paycheck which was $250.00. I spent that much on gas running Larry back and forth from Waterbury to Farmington for emergency care, using Tims credit card. I told her to take my last pay check and pay the card and she refused. Tim and his Father knew I had used the card for gas.

Larry died and a day later Mr. Anderson died. I completely fell apart.

I had a police officer calling the house. The officer was calling U-Conn Hospital asking if Larry died yet. Why? Larry, while he still could, he told the officer what happened. Larry wanted to make a statement on my behalf. When Larry was home, the officer used to call Larry at night and talk to him. Larry again tried to give a statement. The officer said it wasn't necessary.

An hour after Larry died, at home, with his family and friends and me at his side, the officer called, to inform me to come and make a statement. I was a mess and in no shape for anything. I completely fell apart. I was very sick.

(said) The officer stated, "Mrs. Anderson said that you had permission to use and sign any of their credit cards, except that one! The one I used for gas to bring Larry back and forth to the hospital. Shame on her.

There was no way, I felt to handle the situation, other then the way I did.

We both were suffering a loss. I was not going to drag Tim and his mother into court after just losing Mr. Anderson. Plus, I know Tim was upset that I left and that Larry had died, too. Mrs. Anderson, I sure, didn't care either way.